# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-CIBC18, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-CIBC18, | : CASE NO. 2:15-cv-00557 : : Judge Gregory L. Frost : Magistrate Judge Elizabeth Preston Deavers |
| Plaintiff, | |
| v. | |
| JOHNSTOWN PLAZA HOLDING COMPANY, LLC, | |
| Defendant. | |

## AGREED ENTRY GRANTING PLAINTIFF'S MOTION TO VACATE ORDER DIRECTING SPECIAL MASTER TO PROCEED WITH FORECLOSURE SALE (DOC. 19)

Upon motion of the Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC18, Commercial Mortgage Pass-Through Certificates, Series 2008-CIBC18 ("Plaintiff"), upon agreement of the parties, and for good cause shown, Plaintiff's Motion to Vacate Order Directing Special Master to Proceed with Foreclosure Sale is hereby GRANTED.  It is therefore ORDERED that the Order Directing Special Master to Proceed with Foreclosure Sale (Doc. 19) is VACATED without prejudice, pending a resolution of the new claims asserted in Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

1

/s/ GREGORY L. FROST
Judge Gregory L. Frost
UNITED STATES DISTRICT COURT JUDGE

Agreed to by,

DINSMORE & SHOHL LLP

*/s/ Joseph C. Krella*
_____
Joseph C. Krella (0083527)
1 S. Main Street, Suite 1400
Dayton, Ohio 45402
(937) 449-6400
(937) 449-2836 (facsimile)
Email: joe.krella@dinsmore.com

Nita L. Hanson (0084342)
Dinsmore & Shohl LLP
191 West Nationwide Boulevard
Suite 300
Columbus, Ohio 43215
(614) 628-6827
(614) 628-6890 (facsimile)
Email: nita.hanson@dinsmore.com
*Attorneys for Plaintiff*

*/s/ Kevin Shook*
_____
Kevin Shook, Esq.
Frost Brown Todd LLC
One Columbus
10 W. Broad Street
Suite 1000
Columbus, Ohio 43215-3467
(614) 464-1211
(614) 464 1737 (facsimile)
Email: kshook@fbtlaw.com
*Attorney for Defendant*
*Johnstown Plaza Holding Company, LLC*